IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBERT M. PARRISH,

    Petitioner,

v.

WARDEN, Warren Correctional Institution,

    Respondent.

CASE NO. 2:09-CV-726
JUDGE SARGUS
MAGISTRATE JUDGE ABEL

## OPINION AND ORDER

On November 5, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

IT IS SO ORDERED.

12-7-2010
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE